# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| S&E QUICK LUBE DISTRIBUTORS, INC., on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CHAMPION LABORATORIES, INC., PUROLATOR FILTERS N.A. L.L.C., HONEYWELL INTERNATIONAL INC., WIX FILTRATION PRODUCTS, CUMMINS FILTRATION INC., THE DONALDSON COMPANY, BALDWIN FILTERS INC., BOSCH U.S.A., MANN + HUMMEL U.S.A., INC., ARVINMERITOR, INC., UNITED COMPONENTS, INC., and THE CARLYLE GROUP,<br><br>Defendants. | Case No.: 3:08-cv-00475(JBA) |

*(additional caption on following page)*

### MOTION OF PLAINTIFFS S&E QUICK LUBE DISTRIBUTORS, INC. AND BARJAN, LLC, TO CONSOLIDATE AND COORDINATE ACTIONS <u>AND FOR APPOINTMENT OF INTERIM CLASS COUNSEL</u>

*ORAL ARGUMENT REQUESTED*
***TESTIMONY NOT NEEDED***

512431

| | |
|---|---|
| BARJAN, LLC, on behalf of itself and all others similarly situated,<br><br>                Plaintiff,<br><br>   vs.<br><br>CHAMPION LABORATORIES, INC., PUROLATOR FILTERS N.A. L.L.C., HONEYWELL INTERNATIONAL INC., WIX FILTRATION PRODUCTS, CUMMINS FILTRATION INC., THE DONALDSON COMPANY, BALDWIN FILTERS INC., BOSCH U.S.A., MANN + HUMMEL U.S.A., INC., ARVINMERITOR, INC., and UNITED COMPONENTS, INC.,<br><br>                Defendants. | Case No.: 3:08-cv-00534(JBA) |

Plaintiffs S&E Quick Lube Distributors, Inc. ("S&E Quick Lube") and Barjan, LLC (together "Plaintiffs") hereby move this Court (1) pursuant to Fed.R.Civ.P. 42(a), for consolidation of the two related direct purchaser class actions presently before the Honorable Janet Bond Arterton, and all related direct purchaser class actions, filed in or transferred to this Court, involving common filters price-fixing allegations and antitrust claims under the Sherman Act, 15 U.S.C. §1; and (2) pursuant to Fed.R.Civ.P. 23(g) (2), for appointment of Interim Class Counsel.

512431

As more fully set forth in the accompanying Memorandum of Law and the Declaration of Bernard Persky (with the exhibits annexed thereto), granting this Motion will provide for the orderly and efficient conduct of the Actions.

WHEREFORE, the Plaintiffs respectfully request that the Court grant this Motion.

512431

Dated: April 24, 2008  　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　/s/  Doug Dubitsky

　　　　　　　　　　　　　　　　　Kerry R. Callahan (ct06569)
　　　　　　　　　　　　　　　　　Doug Dubitsky (ct21558)
　　　　　　　　　　　　　　　　　UPDIKE, KELLY & SPELLACY, P.C.
　　　　　　　　　　　　　　　　　One State Street, Suite 2400
　　　　　　　　　　　　　　　　　Hartford, CT  06103
　　　　　　　　　　　　　　　　　Telephone: (860) 548-2600
　　　　　　　　　　　　　　　　　Facsimile: (860) 548-2680

　　　　　　　　　　　　　　　　　Bernard Persky
　　　　　　　　　　　　　　　　　Hollis L. Salzman
　　　　　　　　　　　　　　　　　Eric J. Belfi
　　　　　　　　　　　　　　　　　Gregory Asciolla
　　　　　　　　　　　　　　　　　Benjamin Bianco
　　　　　　　　　　　　　　　　　LABATON SUCHAROW LLP
　　　　　　　　　　　　　　　　　140 Broadway
　　　　　　　　　　　　　　　　　New York, NY 10005
　　　　　　　　　　　　　　　　　Telephone: (212) 907-0700
　　　　　　　　　　　　　　　　　Facsimile: (212) 818-0477

　　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs S&E Quick Lube Distribs., Inc. and Barjan, LLC*

　　　　　　　　　　　　　　　　　Joseph C. Kohn
　　　　　　　　　　　　　　　　　William E. Hoese
　　　　　　　　　　　　　　　　　Douglas A. Abrahams
　　　　　　　　　　　　　　　　　KOHN SWIFT & GRAF, P.C.
　　　　　　　　　　　　　　　　　One South Broad Street, Suite 2100
　　　　　　　　　　　　　　　　　Philadelphia, PA  19107
　　　　　　　　　　　　　　　　　Telephone: (215) 238-1700
　　　　　　　　　　　　　　　　　Facsimile: (215) 238-1968

　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff Barjan, LLC*

512431

512431

## CERTIFICATION OF SERVICE

I hereby certify that, on this 24th day of April 2008, a copy of the foregoing MOTION OF PLAINTIFFS S&E QUICK LUBE DISTRIBUTORS, INC. AND BARJAN, LLC, TO CONSOLIDATE AND COORDINATE ACTIONS AND FOR APPOINTMENT OF INTERIM CLASS COUNSEL, with accompanying Memorandum of Law and exhibits, was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

By: /s/ Doug Dubitsky
DOUG DUBITSKY, ESQ.
Fed. Bar. No. ct21558
Updike, Kelly & Spellacy, P.C.
P.O. Box 231277
One State Street
Hartford, CT  06123-1277
Tel. (860) 548-2600
Fax (860) 548-2680
ddubitsky@uks.com

512431